## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al*,[1] | Case No. 23-10497 (CTG) |
| Debtor. | |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | |
| Plaintiff, | Adv. No. 25-50530 (CTG) |
| v. | |
| CANFOR SOUTHERN PINE, INC., | |
| Defendant. | |

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

TO:        Donna L. Culver, Esq., MORRIS, NICHOLS, ARSHT & TUNNELL LLP, attorneys for Plaintiff;

AND TO:     Matthew B. Harvey, Esq., MORRIS, NICHOLS, ARSHT & TUNNELL LLP, attorneys for Plaintiff;

AND TO:     Brenna A. Dolphin, Esq., MORRIS, NICHOLS, ARSHT & TUNNELL LLP, attorneys for Plaintiff;

AND TO:     The Clerk of the above-entitled Court.

      YOU, AND EACH OF YOU, WILL PLEASE BE ADVISED AND TAKE NOTICE that

the undersigned appears as attorney of record for Canfor Southern Pine, Inc., without waiving any

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114).

defenses, and hereby requests that any and all further pleadings or notices of any nature or kind whatsoever affecting the rights of said party, except original process, be served upon the undersigned attorney at the address stated below.

Dated: April 23, 2025
        Seattle, Washington

MILLER NASH LLP

/s/ John R. Knapp, Jr.
John R. Knapp, Jr., Del. I.D. No. 3681
605 5th Ave S, Ste 900
Seattle, WA 98104
Telephone: 206.624.8300
Facsimile: 206.340.9599
Email: john.knapp@millernash.com

Attorneys for Defendant
Canfor Southern Pine, Inc.

*[The rest of this page intentionally left blank.]*

- 2 -

4927-8485-8938.1

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on April 23, 2025, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system and served it upon the CM/ECF recipients of record for this adversary proceeding.

Dated:  April 23, 2025.

                    */s/ John R. Knapp, Jr.*
                    John R. Knapp, Jr.