# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC. *et al.*[1] | Case No. 23-10497 (CTG) |
| Debtor. | |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | Adversary Case No. 25-50530 (CTG) |
| Plaintiff, | |
| v. | **Re: Docket No. 1** |
| CANFOR SOUTHERN PINE, INC., | |
| Defendant. | |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550 AND TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. § 502

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff Heather L. Barlow as Liquidating Trustee of the Structurlam Liquidating Trust and defendant Canfor Southern Pine, Inc. ("Defendant"), pursuant to Del. Bankr. L.R. 7012-2, that the time within which the Defendant must move, answer, or otherwise plead in response to the Complaint

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The Debtors have sold substantially all of their assets, and their remaining assets have vested in the Structurlam Liquidating Trust. The Structurlam Liquidating Trust and Liquidating Trustee may be contacted through undersigned counsel.

[Adv. D.I. 1] in the above-captioned adversary proceeding is hereby extended through and including June 16, 2025.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MILLER NASH LLP |
| */s/ Donna L. Culver* | */s/ John R. Knapp, Jr.* |
| Donna L. Culver (No. 2983) | John R. Knapp, Jr. (No. 3681) |
| Matthew B. Harvey (No. 5186) | 605 5th Avenue S, Ste 900 |
| Brenna A. Dolphin (No. 5604) | Seattle, WA 98104 |
| 1201 North Market Street, 16th Floor | Telephone: (206) 624-8300 |
| Wilmington, DE 19801 | Facsimile: (206) 340-9599 |
| Telephone: (302) 658-9200 | Email: john.knapp@millernash.com |
| Facsimile: (302) 658-3989 | |
| Email: dculver@morrisnichols.com | *Attorneys for Defendant* |
|       mharvey@morrisnichols.com | *Canfor Southern Pine, Inc.* |
|       bdolphin@morrisnichols.com | |
| *Attorneys for Plaintiff Heather L. Barlow as Liquidating Trustee of the Structurlam Liquidating Trust* | |

May 14, 2025